Vito Amato, as Committee, etc., of Frank Amato, etc., an Incompetent, Respondent, v. New York and Porto Rico Steamship Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

Bank of Coney Island, Respondent, v. Jack R. Lang and Another, Appellants.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

Sarah Baraban, Appellant, v. Bush Terminal Company, Respondent.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

Edith DeB. Barnes and Others, Appellants, v. Bennett DeBeixedon, etc., Respondent, Impleaded with John T. G. Finn and Others, Defendants.— Motion for leave to file brief granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ. Settle order on notice.

Jesse D. Brigham and Another, Copartners, etc., Respondents, v. Reuben W. Duany and Another, Appellants, Impleaded with Salvatore Cudia, Defendant, and Port Chester Lumber Company, Respondent.— Motion for reargument granted, and case set down for Wednesday, November 5, 1924. (See *Ball* v. *Doherty*, 144 App. Div. 277.) Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

The City of New York, Appellant, v. The Atlantic Yacht Club, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

David J. Conviser, Respondent, v. Samuel B. Charmatz, Appellant, Impleaded with Harry Poltin and Others, Defendants.— Motion for stay of injunction denied. The appeal may be heard on Friday, October 17, 1924. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

E. Chase Crowley, Appellant, v. Joseph H. Lewis, Jr., Defendant, Impleaded with Frank T. Lewis and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ. Settle order on notice.

In the Matter of the Application of Robert M. Clark for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of Monroe Curtis for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

In the Matter of the Application of Arthur Dunn for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.